ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, PAUL & NYBERG, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Proposed Attorneys for Debtors-In-Possession
Fred Koelling and Linda Koelling

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | **Case No. 04-46443 T11**<br>**Chapter 11** |
| **FRED AND LINDA KOELLING,** | |
| **Debtors.** | |
| **BURLINGAME CAPITAL PARTNERS II, L.P., and ELECTROCHEM FUNDING, LLC,** | **Adversary Proceeding**<br>**No. 04-4365** |
| **Plaintiffs,** | |
| **vs.** | **NOTICE OF RELATED ADVERSARY PROCEEDINGS** |
| **FRED KOELLING, an individual; LINDA KOELLING, an individual; and DOES 1 through 10, inclusive,** | |
| **Defendants.** | |

**PLEASE TAKE NOTICE** that the above-caption adversary proceeding is related to adversary proceeding 04-4366 styled Qmect, Inc. dba Elechtrochem a California Corporation, Fred Koelling, an individual and Linda Koelling, an individual versus Robert D. Judson, Jr., et al. Said related case was removed to the bankruptcy court on December 3, 2004 and is pending in the United States Bankruptcy Court for the Norther District of California. The above-caption adversary proceeding is also related to adversary proceeding 04-4190 AT styled Qmect, Inc. dba Electrochem, California Corporation v.

Notice of Related Adversary Proceeding

Case: 04-04365   Doc# 3   Filed: 12/08/04   Entered: 12/08/04 15:04:50   Page 1 of 2

**Kornfield, Paul & Nyberg, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

Burlingame Capital Partners II, et al.  Said case is pending in the United States Bankruptcy Court for the Northern District of California.

Dated: December 8, 2004          KORNFIELD, PAUL & NYBERG, P.C.

By: ERIC A. NYBERG /s/
        Attorneys for Debtors-In-Possession

**Kornfield, Paul & Nyberg, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

Notice of Related Adversary Proceeding     -2-     J:\Koelling.002\Related.adv.proc-Notice.wpd
12/8/04  3:00 pm