Tobias S. Keller (CA Bar No. 151445)
Gabrielle Albert Rohwer (CA Bar No. 190898) **Signed: October 01, 2005**
Ramon M. Naguiat (CA Bar No. 209271)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES
   & WEINTRAUB P.C.
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**

Former Attorneys for Burlingame Capital Partners II, L.P.
and Electrochem Funding, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 04-46443 |
| **FRED and LINDA KOELLING**, | Chapter 11 |
| Debtors. | |
| **BURLINGAME CAPITAL PARTNERS II, L.P.**, a Delaware limited partnership; and **ELECTROCHEM FUNDING, LLC**, a Delaware limited liability company, | Adv. Proc. No.: 04-4365 |
| Plaintiffs, | **ORDER PERMITTING WITHDRAWAL OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. AS COUNSEL FOR BURLINGAME CAPITAL PARTNERS II, L.P. AND ELECTROCHEM FUNDING, LLC** |
| vs. | |
| **FRED KOELLING**, an individual; **LINDA KOELLING**, an individual; and **DOES 1 through 10, inclusive,** | |
| Defendants. | |

ORDER PERMITTING WITHDRAWAL AS COUNSEL

The Court has considered the *Motion of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. for Order Approving Withdrawal as Counsel for Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC* (the "Motion") [1] filed by Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJW") on September 6, 2005. It appears that due and sufficient notice of the Motion has been provided under the circumstances, and that no response to the Motion was timely filed. After due deliberation and sufficient cause shown,

**IT IS HEREBY ORDERED** that, pursuant to Bankruptcy Local Rule 1001-2(a)(31) and Civil Local Rule 11-5, PSZYJW's withdrawal as counsel for Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC (collectively, the "Lenders"), such that Allen Matkins Leck Gamble & Mallory LLP shall be the Lenders' sole counsel in the above-referenced matter, is permitted, effective as of August 31, 2005.

**END OF ORDER**

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P. C.
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

## Court Service List

Eric A. Nyberg
Chris D. Kuhner
c/o Kornfield, Paul & Nyberg, P.C.
Bankruptcy Counsel to Fred and Linda Koelling
1999 Harrison Street, Suite 2675
Oakland, California 94612

Managing Agent
QMECT, Inc.
Debtor
32500 Central Avenue
Union City, CA 94587

Margaret H. McGee, Esq.
Office of the U.S. Trustee
U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

Paul E. Manasian
Law Offices of Manasian & Rougeau
Counsel to Debtor
400 Montgomery St. #1000
San Francisco, CA 94104

Philip Nicholsen, Esq.
Law Offices of Philip Nicholsen
Counsel to Official Unsecured Creditors' Committee
601 Montgomery Street
Suite 777
San Francisco, CA 94111

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P. C.
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA